Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Richard Trecartin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Trecartin,<br><br>                Plaintiff,<br><br>v.<br><br>UNUM Life Insurance Company of America, and Provident Life and Accident Insurance Company,<br><br>                Defendants. | ACTION NO.: C 13-05024 NC<br><br>**EX PARTE APPLICATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

      I, Scott Kalkin, counsel for plaintiff in the above-referenced matter, hereby make the following *ex parte* application to the Court.

      1. This is an ERISA long term disability case in which the Court has set the initial case management conference for January 29, 2014, at 10:00 a.m.

      2. The complaint in this matter was filed on October 29, 2013.

      3. On October 30, 2013, plaintiff's counsel received a call from Marybeth Fougere, in-house counsel for both of the defendants in this matter. She informed me that she had become aware that suit in this matter had been filed.

Ex Parte Application                      1                      Case No: 13–05024 NC

4. During the course of our conversation we discussed whether it would be worthwhile to attempt to resolve this matter without the necessity of service of the complaint or defendants incurring the cost of retaining outside counsel.  We agreed to attempt to do so.

5. Among other things, the plaintiff in this matter has undergone extensive medical treatment including eight separate surgeries.  The administrative record consists of several thousand pages.

6. In addition, counsel is in the process of gathering further medical records and other information to facilitate settlement discussions.  However, this process was delayed over the course of the holiday season.

7. Given the parties' desire to engage in settlement discussions prior to defendants having to engage outside counsel to file a response to the complaint, it is requested that the case management conference and associated dates set forth in the Court's Scheduling Order be continued for approximately sixty (60) days.

8. The currently scheduled and proposed dates are as follows:

|  | Scheduled | Proposed |
|---|---|---|
| Meet and Confer re: Initial Disclosures and ADR | 1-8-14 | 3-5-14 |
| Complete Disclosures | 1-22-14 | 3-19-14 |
| Case Management Conference | 1-29-14 | 3-26-14  at 2:00 PM |

9. In light of the forgoing, good cause exists for the continuance and it is requested that the Court modify its Scheduling Order as set forth above, or to some time thereafter which is convenient to the Court.

//

//

---

Ex Parte Application                                2                                Case No: 13–05024 NC

I declare that the forgoing is true and correct to the best of my knowledge and that this declaration was made at San Francisco, California.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: January 21, 2014      By:        /s/
                                  Scott Kalkin
                                  Attorneys for Plaintiff

**PROPOSED ORDER**

Good cause having been shown, the Court hereby modifies its Scheduling Order as set forth above.   Plaintiff must also file consent/declination form no later than February 4, 2013
IT IS SO ORDERED.

Dated:   January 21, 2014

_____
The Honorable Nathanael Cousins

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ex Parte Application                          3                          Case No: 13–05024 NC