1
2
3
4
5
6
7            **UNITED STATES DISTRICT COURT**
8           **NORTHERN DISTRICT OF CALIFORNIA**
9              **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| RICHARD TRECARTIN, | Case No. 13-cv-05024 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

This matter came before the Court for an initial case management conference on June 25, 2014, after several continuances granted at plaintiff's request to allow the parties to engage in informal settlement discussions. *See* Dkt. No. 12. Plaintiff's counsel did not file a case management statement and was not present at the June 25 case management conference.

IT IS ORDERED that plaintiff's counsel appear in person on July 9, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, to show cause why this action should not be dismissed for his failure to appear at the case management conference and file a case management statement as required by the local rules and Court orders, and for failure to prosecute this action. *See* Civ. L.R. 16-9(1) and 16-

1  10(a); Dkt. Nos. 5, 12.

2         IT IS SO ORDERED.

3       Date: June 25, 2014

4                                         Nathanael M. Cousins
                                          United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28