Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Richard Trecartin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Trecartin, ) | ACTION NO.: C 13-05024 NC |
| ) | |
| Plaintiff, ) | **EX PARTE APPLICATION** |
| ) | **AND [PROPOSED] ORDER** |
| v. ) | **TO CONTINUE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| UNUM Life Insurance Company of ) | **AND RELATED DEADLINES** |
| America, and Provident Life and ) | AS MODIFIED |
| Accident Insurance Company, ) | |
| ) | |
| Defendants. ) | |

I, Scott Kalkin, counsel for plaintiff in the above-referenced matter, hereby make the following *ex parte* application to the Court.

1. This is an ERISA long term disability case in which the Court had set the initial case management conference for January 29, 2014.

2. The complaint in this matter was filed on October 29, 2013.

3. On October 30, 2013, plaintiff's counsel received a call from Marybeth Fougere, in-house counsel for both of the defendants in this matter. She informed me that she had become aware that suit in this matter had been filed.

Ex Parte Application              1              Case No: 13–05024 NC

4. During the course of our conversation we discussed whether it would be worthwhile to attempt to resolve this matter without the necessity of service of the complaint or defendants incurring the cost of retaining outside counsel.  We agreed to attempt to do so.

5. As such, I filed a request that the Court continue the case management conference until March 26, 2014.  That request was granted on January 21, 2014.

6. A second request to continue the case management conference to May 28, 2014, was granted on March 18, 2014, and a third request was filed on May 22, 2014, and granted the following day.

7. On July 9, 2014, plaintiff's counsel appeared before the Court in response to an order to show cause it issued.  At the hearing, the Court ordered that plaintiff's deadline to serve defendants was extended until September 10, 2014.

8. Since counsel's last court appearance the parties have continued their negotiations. As noted on counsel's last report to the Court, during the course of defendants' counsels' review of certain financial information provided to her by plaintiff's counsel, a request for additional financial information was made, which plaintiff has now provided.  Based upon discussions with defendants' in-house counsel that took place last week, plaintiff expects to receive a settlement offer within the next few days, once defendants' CPA finishes a review of the information provided.

9. In compliance with the Court's Order, defendants were presented with a waiver of service of process, which both defendants have executed.  Those waivers were filed with the Court on September 2, 2014.  (See Dk #'s 17 and 18.)

10. Defendants' response to the complaint is currently due on or before, October 27, 2014.

11. Given the parties' desire to continue their settlement discussions prior to defendants having to file a response to the complaint, it is requested that the case management conference and associated dates be continued for approximately sixty (60) days.

1  I declare that the forgoing is true and correct to the best of my knowledge and that this
2  declaration was made at San Francisco, California.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: September 3, 2014        By: _____/s/_____
                                    Scott Kalkin
                                    Attorneys for Plaintiff


**PROPOSED ORDER**

Good cause having been shown, the Court hereby orders that the Case Management Conference currently set for September 10, 2014 is continued until  November 12, 2014 . Plaintiff must file an updated report about the status of the settlement negotiations by September 24, 2014.

IT IS SO ORDERED.

Dated:  September 4, 2014

_____
The Honorable Nathanael M. Cousins

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]*

Ex Parte Application                    3                    Case No: 13–05024 NC