1   Scott Kalkin 120791
    **ROBOOSTOFF & KALKIN**
2   A Professional Law Corporation
    369 Pine Street, Suite 820
3   San Francisco, California 94104
    (415) 732-0282
4
    Attorney for Plaintiff Richard Trecartin
5

6   Daniel W. Maquire 120002
    Kristin P. Kyle de Bautista 221750
7   **Burke, Williams & Sorensen, LLP**
    444 South Flower Street, Suite 2400
8   Los Angeles, CA 90071-2953
    213-236-0600
9
    Attorneys for Defendants
10  UNUM Life Insurance Company of America and
    Provident Life and Accident Insurance Company
11

12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  Richard Trecartin,                    )   ACTION NO.: C 13-05024 NC
                                          )
17              Plaintiff,                )   **STIPULATION AND** ~~**PROPOSED**~~
                                          )   **ORDER TO CONTINUE CASE**
18  v.                                    )   **MANAGEMENT CONFERENCE**
                                          )   **AND RELATED DEADLINES**
19  UNUM Life Insurance Company of        )
    America, and Provident Life and       )
20  Accident Insurance Company,           )
                                          )
21              Defendants.               )
    _____)
22

23       1.   This is an ERISA long term disability case in which the case management

24  conference is set for November 12, 2014.

25       2.   The complaint in this matter was filed on October 29, 2013.

26       3.   Pursuant to plaintiff's requests, the Court has granted several continuances of the

27  _____

28  Stipulation and [~~Proposed~~] Order            1            Case No: 13-05024 NC

1   case management conference so that the parties could engage in settlement discussions.

2       4.  As of today's date, discussions are ongoing between plaintiff's counsel and in-house

3   counsel for defendants.  These discussions are further detailed in the status report plaintiff

4   filed on September 11, 2014.  (See, Dk. # 21.)

5       5.  Pursuant to the Court's previous order of July 9, 2014, defendants have been served

6   with the complaint (by way of waivers of service filed on September 2, 2014).  They filed their

7   answer to the complaint on November 3, 2014.

8       6.  As noted above, the case management conference is currently set for November

9   12, 2014.

10      7.  The administrative record in this case consists of approximately three thousand

11  pages of documents.  Defense counsel, being recently retained in this matter, requires further

12  time to familiarize themselves with its contents.

13      8.  Additionally, as noted above, negotiations between plaintiff's counsel and

14  defendants' in-house counsel are continuing, and the parties would like to continue their

15  efforts to settle this matter without incurring unnecessary legal fees.

16      9.  In light of the forgoing, the parties jointly request that the case management

17  conference and associated dates be continued for approximately sixty (60) additional days.

18                              Respectfully submitted,

19                              **ROBOOSTOFF & KALKIN**

20

21  Dated: November 4, 2014           By: _____/s/_____

22                                        Scott Kalkin
    //                                    Attorneys for Plaintiff

23

24  //

25  //

26

27  _____

28  Stipulation and [~~Propose~~d] Order            2            Case No: 13-05024 NC

1

**BURKE, WILLIAMS & SORENSEN, LLP**

2

3

Dated:  November 4, 2014            By:           /s/

4                                                    Kristin P. Kyle de Bautista
                                                    Attorneys for Defendants
5                                                    UNUM Life Insurance Company of America
                                                    and Provident Life and Accident Insurance
6                                                    Company

7

8

9                                **PROPOSED ORDER**

10

    Good cause having been shown, the Court hereby continues the case management

11

conference until   January 7, 2015 at 10:00 a.m. The parties shall file a joint case management

12

conference statement by     January 2, 2015      .

13

14

IT IS SO ORDERED.

15

16

Dated:  November 7, 2014

17                                                    The H_____ns

18                                                    GRANTED

                                                    Nate
19
                                                    Judge Nathanael M. Cousins
20

21

22

23

24

25

26

27

28